UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eastern Fisheries, Inc. )<br>Plaintiff, )<br>v. )<br> )<br>Farmers Land Handels GmbH )<br>Defendant. ) | Case No. 1:12-cv-10609 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NO ANSWER or Motion for Summary Judgment having been filed by defendant Farmers Land Handels GmbH, Plaintiff, Eastern Fisheries, Inc. voluntarily dismisses the instant legal action without prejudice pursuant to Federal Rule of Civil Proceedure 41(a)(1)(A)(i).

Dated: April 13, 2012

Respectfully Submitted,
Eastern Fisheries, Inc.
By its Attorneys,

James Hoyt, BBO#644651
Mickelson Barnet, P.C.
30 Cornell Street
New Bedford, MA 02740
(617)993-8800
jhoyt@mickelsonbarnet.com